**Order entered March 5, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00140-CR

### EX PARTE MICHAEL SCHAEFER SIKES

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 02-20-0153**

### ORDER

Appellant has filed a notice of appeal seeking review of the trial court's order denying his motion for bail pending appeal. This is an accelerated appeal governed by Texas Rule of Appellate Procedure 31.

The clerk's record has been filed in appellant's appeal of the underlying judgment of conviction and resulting sentence, proceeding under assigned appellate cause number 05-20-01126-CR. The clerk's record filed in that proceeding contains a designation of documents to file in connection with the appeal of the order denying bail pending appeal, and all of the designated documents have been filed as part of the clerk's record in cause no. 05-20-01126-

CR. In lieu of ordering a new clerk's record filed that would duplicate the documents already filed in connection with appellant's underlying appeal, we **DIRECT** the Clerk to transfer a copy of the clerk's record in cause no. 05-20-01126-CR into the appellate record for this cause. The parties may request a supplemental clerk's record for any additional documents they deem necessary for resolution of this appeal.

We **ORDER** the court reporter to file, by March 22, 2021, the reporter's record of the hearing on the application for bail pending appeal. In the event no hearing was conducted or no reporter's record was made of the hearing, the court reporter shall file written verification that no reporter's record was made.

We **ORDER** appellant's brief filed by April 12, 2021. We **ORDER** the State to file its brief by May 3, 2021. After the record and briefs are filed, the Court will notify the parties by letter of the submission date and panel.

Appellate cause number 05-20-01126-CR is a separate matter subject to the normal briefing schedule established by the Texas Rules of Appellate Procedure. The briefing submitted in this case under the accelerated schedule established above is to be strictly limited to issues arising from the order denying appellant's motion for bail pending appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brett Allen Hall, Presiding Judge, 382nd Judicial District Court; Linda A. Kaiser,

official court reporter, 382nd Judicial District Court; Lea Carlson, Rockwall County District Clerk; and counsel for all parties.

/s/    LANA MYERS
         JUSTICE